UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Roderick L. Hymon,

    Plaintiff

v.

Steven D. Grierson,

    Defendant

Case No.: 2:23-cv-01343-JAD-MDC

**Order Directing Plaintiff to Update Address and Extending Deadline to File Amended Complaint**

[ECF No. 16]

    Pro se plaintiff Roderick L. Hymon sues Steven D. Grierson, the Deputy Clerk of the Nevada District Court Regional Justice Center, alleging that Grierson "rejected his habeas petition because of racial bias and animus toward habitual criminals."[1] The magistrate judge previously screened his complaint and dismissed it with leave to amend. Hymon objected, and I affirmed the magistrate judge's order and extended Hymon's deadline to file an amended complaint, but that order was returned as undeliverable.[2] Local Rule IA 3-1 requires pro se parties to "immediately file with the court written notification of any change of mailing address" and warns that failure to do so "may result in the dismissal of the action."

    I thus **ORDER Hymon to update his address by April 25, 2024.** I also extend Hymon's deadline to file an amended complaint to **April 25, 2024. Hymon's failure to update his address or file an amended complaint by that deadline may result in the dismissal of this case without further prior notice.**

                                       _____
                                       U.S. District Judge Jennifer A. Dorsey
                                       March 26, 2024

---

[1] ECF No. 3 at 3 (magistrate judge's order screening complaint).

[2] ECF No. 16.